## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & OPERATING
ENGINEERS LOCAL 520
PENSION FUND, et al.,**

  **Plaintiffs,**

**v.**

**W.C., BEISER CONCRETE
COMPANY, INC.,**

  **Defendant.**          **Case No. 10-cv-350-DRH**

## JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court  dated November 15, 2010, default judgment is entered in favor of plaintiffs, **EMPLOYERS & OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al**, and against defendants **W. C. BEISER CONCRETE COMPANY, INC., an Illinois Corporation,** in the total amount of **$7,598.21**, representing unpaid contributions in the amount of $6,589.28, liquidated damages in the amount of $658.93, and court costs in the amount of $350.00.  Plaintiffs shall hereafter be allowed to take further post-judgment action against Defendant in order to collect said amount.

     **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

     **BY:_____/s/Sandy Pannier_____**
        **Deputy Clerk**

Dated: November 18, 2010

David R. Herndon
2010.11.18
16:06:30 -06'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT